IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN WILLIAM WILLIAMSON                                                    PLAINTIFFS

v.                              CASE NO. 1:13CV00103 BSM

UNIMIN CORPORATION                                                          DEFENDANT

## ORDER

Upon consideration of plaintiff's arguments, his motions for a new trial [Doc. Nos. 28, 29] are denied.

IT IS SO ORDERED this 10th day of January 2014.

_____
UNITED STATES DISTRICT JUDGE