IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN WILLIAM WILLIAMSON                                          PLAINTIFFS

v.                              CASE NO. 1:13CV00103 BSM

UNIMIN CORPORATION                                                DEFENDANT

## ORDER

Upon consideration of plaintiff's arguments, his motions for a new trial [Doc. Nos. 28, 29] are denied.

IT IS SO ORDERED this 10th day of January 2014.

_____
UNITED STATES DISTRICT JUDGE

Case 1:13-cv-00103-BSM   Document 30   Filed 01/10/14   Page 2 of 2